IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KEVIN PETERSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>CORRECTIONAL OFFICER<br>OLMOS, et al.,<br><br>         Defendants.<br>_____/ | 1:11-cv-01517-SKO (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS ON<br>CORRECT FORM OR PAY FILING FEE<br>WITHIN 45 DAYS<br><br>(Doc. 2) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 8, 2011. Plaintiff filed an application to proceed in forma pauperis but on an incorrect form in that it lacks the requisite authorization to deduct the filing fee from plaintiff's trust account when and if funds become available. 28 U.S.C. § 1915. Plaintiff will be provided with the application form required by this court and to proceed with this action, he must either file the application or pay the $350.00 filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall

submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:     September 12, 2011              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE